# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      v.<br><br>ETHAN S. HIETT,<br><br>                        Defendant. | **19-po-05007-JCL**<br>CVB Violation No.:<br>FBDW008Q<br><br>ORDER DISMISSING<br>VIOLATION |

The government has moved to dismiss the above referenced violation notice as they believe it is no longer in the government's interest to pursue this matter at this time. Accordingly,

**IT IS ORDERED** that violation notice FBDW008Q is **DISMISSED**.

The Clerk of Court is direction to forward a copy of this order to the Defendant and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter NC as the disposition code in this matter.

//

//

DONE and DATED this 19th day of July, 2019.

/s/ Jeremiah C. Lynch
_____
Jeremiah C Lynch
United States Magistrate Judge